IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELANIE and JOSEPH DAVIS<br>as parents and<br>natural guardians of<br>MACKENZIE DAVIS<br><br>            Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA<br><br>            Defendant. | Civil Action No. 07-0879(RWR) |

## **ANSWER**

### **FIRST DEFENSE**

The defendant, in response to the numbered paragraph of the complaint, states as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, they are denied.

5. Denied.

6. This paragraph contains conclusions of law to which no response is required. To the extent a response is deemed necessary, they are denied.

7. Admitted.

8. The defendant denies that the minor child was

unsupervised, but admits that the minor child injured her finger. Any allegation inconsistent with the foregoing is denied.

9.  Admitted, but the defendant denies that this was a breach of the standard of the care.

10. The defendant is presently without information sufficient to either admit or deny the allegations of this paragraph. Therefore, they are denied.

11. The defendant admits that the minor child required medical attention, but denies that it was the result of any negligence of the part of the defendant, its agents, servants, or employees.

12. The defendant is presently without information sufficient to either admit or deny the allegations of this paragraph. Therefore, they are denied.

13. Admitted.

14. The defendant is presently without information sufficient to either admit or deny the allegations of this paragraph. Therefore, they are denied.

15. Admitted.

16. Admitted.

17. Admitted.

The remainder of the complaint is plaintiffs' request for the Court to approve, in accordance with District of Columbia Code Sec. 21-120(a), the Stipulation of Settlement and Voluntary Dismissal entered into by the parties. The defendant agrees that

the Court should grant the relief sought and approve the terms of the Stipulation of Settlement and Voluntary Dismissal entered into by the parties.

Respectfully submitted,

__/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


__/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


__/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205