UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____    )
                               )
**MELANIE DAVIS**, <u>et al.</u>,    )
                               )
    **Plaintiffs**,          )
                               )
  v.                           )   Civil Action No. 07-879 (RWR)
                               )
**UNITED STATES OF AMERICA**,   )
                               )
    **Defendant**.          )
_____    )

## ORDER

The parties have reported that they have reached a settlement whereby defendant will pay $17,500 to plaintiffs for their minor child's injuries, with $3,932.63 of that sum to be paid to plaintiffs' counsel in legal fees and costs. Finding no cause to conclude that the settlement is not fair and reasonable and in the best interests of the minor child, this court approves the settlement under D.C. Code § 21-102(a). Accordingly, it is hereby

ORDERED that the parties' stipulation of settlement be, and hereby is, ACCEPTED. It is further

ORDERED that this case be, and hereby is, DISMISSED.

SIGNED this 4th day of June, 2007.

                                                          _____/s/_____
                                                           RICHARD W. ROBERTS
                                                           United States District Judge